UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
5918 United States Courthouse
Independence Mall West
Philadelphia, PA 19106-1705

Stewart Dalzell (267) 299-7399
Judge FAX(215) 580-2156

June 18, 2003

Christopher C. Negrete, Esq.
Flamm Boroff & Bacine
Union Meeting Corp. Ctr.
925 Harvest Dr., Ste. 220
Blue Bell, PA 19422

Re: C.A. No. 01-4673, DeLage Landen Financial Services, Inc. v. Mirror Image Technologies, Inc., et al.

Dear Mr. Negrete:

As you may recall, this action was placed in civil suspense on October 10, 2001.

In view of the passage of time, we would like to receive a report from you on the status of this case, as well as any recommendations you have for future action.

Judge Dalzell has asked me to request that we receive your letter on this subject **no later than ten days** from the date of this letter. If you have any questions, please do not hesitate to call me at (267) 299-7399.

Very truly yours,

Eileen Adler
Deputy Clerk to Judge Dalzell

JKK:jp