IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| MIRROR IMAGE TECHNOLOGIES, INC., et al. | : | NO. 01-4673 |

**ORDER OF TRANSFER OUT OF CIVIL SUSPENSE FILE**

**AND NOW,** this 22nd day of July, 2003, it appearing to the court that the above entitled case should be transferred from the Civil Suspense File, it is

**ORDERED** that the Clerk of Court transfer said case from the Civil Suspense File to the current docket for final disposition.

______________________________
STEWART DALZELL, J.

Civ 15 (8/80)